# EXHIBIT A

**12 SCRIBOL.COM INFRINGEMENTS**

| McGucken Images | Infringements |
|---|---|
| 1.  | <br><br>http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/16/<br><br>http://s15858.pcdn.co/wp-content/uploads/2019/04/Death_Valley.jpg |
| 2.  | <br><br>http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/17/<br><br>http://s15858.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake.jpg |

3.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/18/

http://s15858.pcdn.co/wp-content/uploads/2019/04/Lake.jpg

4.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/19/

http://s15858.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake2.jpg

5.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/20/
http://s15858.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake.jpg

6.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/21/

http://s15858.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-1.jpg

7.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/22/
http://s15858.pcdn.co/wp-content/uploads/2019/04/Death-Valley.jpg

8.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/23/
http://s15858.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-view.jpg

9.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/24/
http://s15858.pcdn.co/wp-content/uploads/2019/04/Death-Valley-river.jpg

10.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/25/

http://s15858.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Dante.jpg

11.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/40/

http://s15858.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-superbloom.jpg

12.





http://scribol.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/15/

http://s15858.pcdn.co/wp-content/uploads/2019/04/Dunes.jpg

**11 MAGELLANTIMES.COM INFRINGEMENTS**





3.

http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Lake.jpg

4.

http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake2.jpg

5.





http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-1.jpg

6.





http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Death-Valley.jpg

7.





http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-view.jpg

8.





http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Death-Valley-river.jpg

9.





http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Dante.jpg

10.





http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-superbloom.jpg

11.





http://magellantimes.com/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/

http://s29890.pcdn.co/wp-content/uploads/2019/04/Dunes.jpg

**11 ABSOLUTEHISTORY.COM INFRINGEMENTS**

| McGucken Images | Infringements |
|---|---|
| 1.<br> | <br>http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/7/<br><br>http://s23947.pcdn.co/wp-content/uploads/2019/04/Death_Valley.jpg |
| 2.<br> | <br>http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/8/<br><br>http://s23947.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake.jpg |



3.

http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/8/

http://s23947.pcdn.co/wp-content/uploads/2019/04/Lake.jpg

4.

http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/9/

http://s23947.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake2.jpg

5.





http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/10/

http://s23947.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-1.jpg

6.





http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/10/
http://s23947.pcdn.co/wp-content/uploads/2019/04/Death-Valley.jpg

7.





http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/11/ http://s23947.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-view.jpg

8.





http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/11/ http://s23947.pcdn.co/wp-content/uploads/2019/04/Death-Valley-river.jpg

9.





http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/12/

http://s23947.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Dante.jpg

10.





http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/19/

http://s23947.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-superbloom.jpg

11.





http://absolutehistory.com/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/7/

http://s23947.pcdn.co/wp-content/uploads/2019/04/Dunes.jpg

**12 MATERNITYWEEK.COM INFRINGEMENTS**

| McGucken Images | Infringements |
|---|---|
| 1.<br> | <br><br>http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/16/<br><br>http://s23656.pcdn.co/wp-content/uploads/2019/04/Death_Valley.jpg |
| 2.<br> | <br><br>http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/17/<br><br>http://s23656.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake.jpg |



3.

http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/18/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Lake.jpg

4.

http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/19/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake2.jpg

5.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/20/

http://s23656.pcdn.co/wp-content/uploads/2019/04/52776070_429648991136986_3043484321908527548_n.jpg

6.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/21/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-1.jpg

7.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/22/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Death-Valley.jpg

8.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/23/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-view.jpg

9.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/24/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Death-Valley-river.jpg

10.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/25/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Dante.jpg

11.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/40/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-superbloom.jpg

12.





http://maternityweek.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/15/

http://s23656.pcdn.co/wp-content/uploads/2019/04/Dunes.jpg

**12 NEWRAVEL.COM INFRINGEMENTS**

| McGucken Images | Infringements |
|---|---|
| 1.  |  http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/16/ <br><br> http://s15739.pcdn.co/wp-content/uploads/2019/04/Death_Valley.jpg |
| 2.  |  http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/17/ <br><br> http://s15739.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake.jpg |

3.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/18/

http://s15739.pcdn.co/wp-content/uploads/2019/04/Lake.jpg

4.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/19/

http://s15739.pcdn.co/wp-content/uploads/2019/04/Death_Valley_Lake2.jpg

5.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/20/

http://s15739.pcdn.co/wp-content/uploads/2019/04/52776070_429648991136986_3043484321908527548_n-1.jpg

6.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/21/

http://s15739.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-1.jpg

7.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/22/
http://s15739.pcdn.co/wp-content/uploads/2019/04/Death-Valley.jpg

8.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/23/
http://s15739.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-view.jpg

9.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/24/
http://s15739.pcdn.co/wp-content/uploads/2019/04/Death-Valley-river.jpg

10.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/25/

http://s15739.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Dante.jpg

11.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/40/

http://s15739.pcdn.co/wp-content/uploads/2019/04/Death-Valley-Lake-superbloom.jpg

12.





http://newravel.com/a/environment/desert/massive-lake-has-just-materialized-middle-one-driest-places-earth/15/

http://s15739.pcdn.co/wp-content/uploads/2019/04/Dunes.jpg